5299.   GEORGE S. RILEY JR. COMPANY *v.* BYRD.

POTTLE, J. The evidence authorized the verdict. The testimony in behalf of the plaintiff was sufficient to authorize a finding that the person to whom the money sued for was paid was the agent of the defendant company, and authorized to receive in its behalf the money to recover which the suit was brought. This issue was fairly submitted to the jury, and, the trial judge having approved their finding in the plaintiff's favor, this court will not interfere.     *Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Action for money had and received; from city court of Macon. October 18, 1913.

*F. Chambers & Son,* for plaintiff in error.

*J. E. Hall,* contra.